IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

SANDRA MOBLEY,                                    *

                              Plaintiff,          *

v.                                                    Case No.   7:20-CV-162(HL)

                                                  *

COMMISSIONER OF SOCIAL SECURITY,

                                                  *

                              Defendant.          *

_____          *


**J U D G M E N T**

Pursuant to the Order of this Court filed June 1, 2022, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $8,670.45, $400.00 costs, and $21.15 service expenses.

This 1st day of June, 2022.

David W. Bunt, Clerk


s/  Robin L. Walsh, Deputy Clerk