IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

SANDRA MOBLEY,                              *

       Plaintiff,                        *

v.                                                         Case No.  7:20-CV-162 (HL-TQL)

                                           *

COMMISSIONER OF SOCIAL SECURITY,

                                           *

       Defendant.

                                           *

## **J U D G M E N T**

Pursuant to the Order of this Court filed November 28, 2023, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $16,766.75.

This 28th day of November, 2023.

                                                        David W. Bunt, Clerk

                                                        s/ Kathleen S. Logsdon, Deputy Clerk